No. 92–6830. FORBES, AKA LONG, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6833. GEORGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6835. HICKMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6836. FORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6839. MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–373. ROCHE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motion of petitioner to enlarge the record denied. Certiorari denied.

No. 92–579. BLODGETT, DEPUTY DIRECTOR, DIVISION OF PRISONS, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. v. GONZALES MENDOZA. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–606. BURLINGTON NORTHERN RAILROAD CO. v. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. C. A. 5th Cir. Motion of Association of American Railroads et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–610. SHERMAN v. LUDINGTON ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–6157. FRAZIER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–784. OKLAHOMA COALITION TO RESTRICT ABORTION, INC., ET AL. v. FELDMAN ET AL. Sup. Ct. Okla. Motion of Oklahoma for leave to intervene granted. Certiorari denied.